UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOEL BARCELONA,

    Plaintiff,

vs.                                                    Case No.:  3:20cv5356/MCR/EMT

H. BURKES, et al.,

    Defendants.
_____/

## **ORDER**

The Chief Magistrate Judge issued a Report and Recommendation on October 8, 2021 (ECF No. 19).  The Court furnished the parties a copy of the Report and Recommendation and afforded them an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all objections.  *See* ECF No. 20.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Chief Magistrate Judge's Report and Recommendation (ECF No. 19) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED with prejudice** for Plaintiff's failure to for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 4th day of November 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**